UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 18-2309 AG (KESx) | Date | January 3, 2019 |
|---|---|---|---|
| Title | PAUL DRISCOLL V. ANAYA LAW GROUP | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER FOR EARLY SCHEDULING CONFERENCE**

Plaintiff's complaint concerns issues that Congress has found to be important in an area where damages are often not substantial. The Court and the parties are required to "secure the just, speedy, and inexpensive determination" of this case. *See* Fed. R. Civ. P. 1.

The Court ORDERS Plaintiff, individually or through counsel, to attend a hearing prepared to review how the Court and the parties can meet this requirement in this case. The Court further ORDERS Plaintiff to be sure that all parties who have been served or have appeared receive this order.

If Defendant has been served or has appeared before the date of this hearing, or if justice so requires, the hearing will be an expedited scheduling conference under Federal Rules of Civil Procedure 16(b) and 26(f), and the Court ORDERS all parties to attend. The parties aren't required to file any documents before this scheduling conference, but are required to confer to meet the requirements of Rule 26(f).

The Court ORDERS that this hearing take place on **January 31, 2019 at 2:00 p.m.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 18-2309 AG (KESx) | Date | January 3, 2019 |
|---|---|---|---|
| Title | PAUL DRISCOLL V. ANAYA LAW GROUP | | |