1  **ALANA B. ANAYA, SBN 195758**
    Email: alana@Anayalawgroup.com
2  **JONATHAN A. MALEK, SBN 235125**
    Email: jonathan@Anayalawgroup.com
3  **ANAYA LAW GROUP**
   2629 Townsgate Road Suite 140
4  Westlake Village, CA 91361
   Tel: (805)230-9222
5  Fax: (805)230-9221

6  Attorneys for Defendant,
   ANAYA LAW GROUP
7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10  PAUL DRISCOLL                    )   **CASE NO. 8:18-cv-02309 AG (KESx)**
                                     )
11         Plaintiff,                )   **OBJECTION TO UNSWORN**
                                     )   **DECLARATION OF NATHAN C.**
12  vs.                              )   **VOLHEIM**
                                     )
13  ANAYA LAW GROUP,                 )
                                     )   **Hearing on Motion for**
14         Defendant(s).             )   **Summary Judgment**
                                     )   DATE: August 26, 2019
15                                   )   TIME: 10:00 AM
                                     )   LOCATION:
16                                   )   411 West 4th Street, Courtroom 10D,
                                     )   Santa Ana, CA 92701-4516
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20

21

22

23

24

25

26

27

28

---

OBJECTION TO UNSWORN DECLARATION                                    1

**OBJECTION TO UNSWORN DECLARATION**

Defendant Anaya Law Group objects to the Declaration ("Affidavit") of Nathan C. Volheim (Document 22-1) filed as Exhibit A in support of opposition to summary judgment (Document 22) for non-compliance with 28 U.S.C. § 1746 and requests that the unsworn statement be stricken.

Respectfully submitted,

DATED: August 16, 2019            Anaya Law Group

By: /s/ Jonathan Malek_____
Alana B. Anaya
Jonathan Malek
Attorneys for Defendant
Anaya Law Group

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Ventura, California. I am over the age of eighteen years and not a party to the within case; my business address is: 2629 Townsgate Road, Suite 140, Westlake Village, CA 91361.

On <u>August 16, 2019</u>, I served the foregoing document described as:

**OBJECTION TO UNSWORN DECLARATION OF NATHAN C. VOLHEIM**

On the following interested party/parties in this action:

- **Nathan C Volheim**
  nvolheim@sulaimanlaw.com,jmickalovski@sulaimanlaw.com,autodocket@sulaimanlaw.com,kwadia@sulaimanlaw.com
- **Nicholas M Wajda**
  nick@wajdalawgroup.com,rlgnotices@gmail.com

[ ]     **(BY US PRIORITY MAIL with Courtesy Copy via Email)**

[ ]     **(BY CERTIFIED MAIL RETURN RECEIPT REQUESTED)**
[ ] by placing a true copy thereof in a sealed envelope with postage fully prepaid. I am readily familiar with the business practice of the Anaya Law Group for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.
[ ] by depositing the seal envelope with the United States Postal Service with postage fully prepaid.

[X]     **(ELECTRONICALLY BY CM/ECF SYSTEM)**
Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an electronic notification of the filing by email to the parties and counsel of record listed above, who are registered with the Court's CM/ECF System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on <u>August 16, 2019</u>, at Westlake Village, California.

   <u>Jonathan A. Malek</u>_____      /s/Jonathan A. Malek
   name                                     signature