JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DRISCOLL,<br><br>    Plaintiff,<br><br>v.<br><br>ANAYA LAW GROUP,<br><br>    Defendant. | Case No. 8:18-cv-02309-AG-KES<br><br>**ORDER** |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, PAUL DRISCOLL ("Plaintiff"), by and through their attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: October 29, 2019

_____
Judge, U.S. District Court

1